FILED
2015 Mar-30 PM 12:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| PEGGY ANN LEE, | ) |
| Plaintiff, | ) |
| vs. | )  Case Number 6:13-cv-786-SLB |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

On December 15, 2014, the Magistrate Judge filed a Report and Recommendation, recommending that the Administrative Law Judge's ("ALJ") decision finding that plaintiff was not disabled be reversed with instructions for the Secretary to award plaintiff benefits. (Doc. 10 at 15.)[1]  The parties were allowed fourteen days in which to file objections to the recommendations made by the Magistrate Judge, (*id.*), and on December 29, 2014, defendant filed objections to the Report and Recommendation, (Doc. 12).

After careful consideration of the record in this case, the Magistrate Judge's Report and Recommendation, and defendant's objections, the court hereby SUSTAINS defendant's objections.  The court accepts the Report and Recommendation of the Magistrate Judge to the extent it recommends that the judgment of the ALJ be reversed

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.

but not to the extent it recommends awarding benefits. This case is due to be remanded with instructions for the ALJ to reevaluate the medical evidence.

**DONE** this 30th day of March, 2015.

*Sharon Lovelace Blackburn*
SHARON  LOVELACE  BLACKBURN
UNITED STATES DISTRICT JUDGE